# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JAQUELINE WAGNER and JEFFREY WAGNER, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.<br>) |
| THOMAS MULLIN, | )<br>)<br>) |
| Defendants. | )<br>) |

## COMPLAINT

In support of this Complaint, Plaintiffs Jaqueline Wagner and Jeffrey Wagner allege and state as follows:

### Parties, Jurisdiction, and Venue

1. Plaintiff Jaqueline Wagner is a Kansas resident and citizen. She resides in Douglass, Butler County, Kansas.

2. Plaintiff Jeffrey Wagner is a Kansas resident and citizen. He resides in Douglass, Butler County, Kansas.

3. Defendant Thomas Mullin ("Defendant") is a Colorado resident and citizen. He resides in Golden, Jefferson County, Colorado, and may be served with process at 17407 W 17th Place, Golden, Colorado 80401.

4. The Court has personal jurisdiction over Plaintiffs as they have submitted themselves to such as the parties initiating this action.

1

5. This Court has subject matter jurisdiction over the cause of action and personal jurisdiction over the parties' given their diversity of citizenship and the fact that the amount in controversy exceeds $75,000.00. See 28 U.S.C. § 1332(a).

6. Venue is proper in this Court under 28 U.S.C. § 1391 because the acts and omissions that give rise to the claims alleged and described in this Complaint occurred in this District in Jefferson County, Colorado.

## The Underlying Accident

7. The accident that is the subject of this case occurred on Thanksgiving Day, November 25, 2021 at about 9:40 p.m.

8. At that time, Plaintiff Jaqueline Wagner was driving a 2015 Toyota Highlander eastbound on Colfax Avenue in Lakewood, Jefferson County, Colorado.

9. Plaintiff Jeffrey Wagner was a passenger in the 2015 Toyota Highlander.

10. As Plaintiffs entered the intersection of Colfax Avenue and Indiana Street with a green light, they were violently struck by Defendant who was driving a 2017 Toyota RAV4.

11. According to the State of Colorado Traffic Crash Report, completed by the Lakewood Police Department, witnesses of the collision confirmed that Defendant ran the solid red light.

12. As a result, Defendant was cited for careless driving resulting in injury in violation of C.R.S. 42-4-1402(1),(2)(b).

13. Plaintiffs were injured as a result of the collision.

## Negligence

14. Defendant was negligent and 100% at fault for the accident with respect to the following actions and/or inactions:

2

    a. Failing to maintain a proper lookout;

    b. Failing to yield to Plaintiff's right of way;

    c. Failing to stop at a red light;

    d. Disobeying a traffic light;

    e. Failing to either slow or stop his vehicle to avoid an accident;

    f. Failing to use reasonable and ordinary care to keep his vehicle under proper control; and/or

    g. Colliding with Plaintiffs' vehicle.

15. As a result of the collision, Plaintiffs suffered severe bodily injury causing significant ongoing pain, physical limitation, and requiring future medical treatment to address their injuries.

16. Additionally, since the collision, Plaintiffs have had a limited ability to perform day-to-day activities and have incurred wage loss.

17. As a result of Defendant's negligence, Plaintiffs have incurred medical bills and will need future medical care and services to address their injuries and disabilities.

18. As a direct and proximate result of Defendants' negligence as set forth in this Petition, Plaintiff has sustained personal injuries that are permanent in nature and damages that are in excess of $75,000.00.

19. Consequently, Plaintiff prays for judgment against Defendant Thomas Mullin in an amount in excess of $75,000.00 for past medical expenses, future medical expenses, past and future lost services and disability, past and future wage loss, past and future pain, suffering, and disability, for costs of this action, and for such other and further relief as the Court deems just and equitable.

20. In accordance with applicable Colorado law, Plaintiffs respectfully demand a trial by a jury of 12 persons of all issues raised in this Complaint.

Dated: March 28, 2023.

        Respectfully submitted,

        */s/ Michael J. Wyatt*
        Michael J. Wyatt   (#23260)
        MANN WYATT TANKSLEY
        201 E. 1st Avenue
        P.O. Box 1202
        Hutchinson, KS 67504-1202
        (620) 662-2400
        (620) 662-2443 (Fax)
        mike@mannwyatt.com
        *Attorney for Plaintiffs*